IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARKELIA WILLIAMS,

    Plaintiff,

v.                                CASE NO. 3:16-cv-445-MCR-GRJ

DR. SMITH, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

    Plaintiff initiated this case by filing a prisoner civil rights complaint, ECF. No. 1, and a motion for leave to proceed as a pauper, ECF No. 2. The Complaint stems from the conditions of confinement at the Escambia County Jail, where Plaintiff was confined at the time the Complaint was filed.  A review of the Escambia County Jail online inmate locator reflects that Plaintiff is no longer confined there.  Plaintiff has failed to file a change of address with the Court, and the Court has no means of contacting Plaintiff.   The Court ordered Plaintiff to show cause on or before November 1, 2016, as to why this case should not be dismissed for failure to prosecute.  As of this date, Plaintiff has failed to respond.

    Accordingly, it is respectfully **RECOMMENDED** that leave to proceed

as a pauper, ECF No. 2, should be denied and that this case should be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** in Gainesville, Florida this 3rd day of November 2016.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.